EDMUND G. BROWN JR.
Attorney General of the State of California
THOMAS GREENE
Chief Assistant Attorney General
KATHLEEN E. FOOTE
Senior Assistant Attorney General
State Bar No. 65819
EMILIO E. VARANINI
Deputy Attorney General
State Bar No. 163952
  455 Golden Gate Avenue
  San Francisco, Ca. 94102
  Telephone: (415) 703-5908
  Fax: (415) 703-5480
  Email: emilio.varanini@doj.ca.gov
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA et al., <br><br> Plaintiffs, <br><br> v. <br><br> WINBOND ELECTRONICS CO., <br><br> Defendant. <br><br> THIS DOCUMENT RELATES TO: <br><br> ALL INDIRECT PURCHASER ACTIONS <br><br> ALL AG ACTIONS | Case No.: MDL-02-1486 PJH <br><br> Case No.: C 06-4333 PJH <br><br> Case No.: C 06-6436 PJH <br><br> Case No.: C 07-1347 PJH <br><br> Case No.: C 07-2589 MEJ <br><br> **JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> N.D. Cal. L. Rule 3-12 |

Pursuant to Local Rule 3-12 of the Local Rules for the United States District Court of Northern California, Plaintiff States and Winbond Electronics Co. (hereinafter "Winbond") jointly submit this administrative motion to relate *State of California et. al. v. Winbond Electronics Co.*, Case No. C 07-2589 MEJ to this Court for all purposes. This complaint was filed to effectuate the settlement reached between the plaintiffs in the indirect purchaser lawsuits currently before this Court in Case Nos. C 06-4333 PJH and C 07-1347 (Plaintiff States), and No. MDL 02-1486 PJH (various Indirect

1  Purchaser Plaintiff actions), and Winbond. The allegations made by Plaintiff States in the
2  Complaint filed in *State of California et. al. v. Winbond Electronics Co.*, C 07-2589 MEJ concern
3  one aspect of the conspiracy alleged in *State of California et al. v. Infineon Technologies AG et. al.*,
4  Case No. 06-4333 PJH, namely that part of the conspiracy occurring in Singapore between Winbond
5  and certain co-conspirators. These co-conspirators were also involved in the other aspects of the
6  world-wide conspiracy alleged in the *Infineon* case.

7  The relation of this case to those cases already before this Court is a necessary precursor to the
8  filing of the Winbond settlement agreement and motion for preliminary approval by the Indirect
9  Purchaser Plaintiffs and the Plaintiff States, in this Court. *See* Declaration of Emilio E. Varanini
10 IV. It fosters the efficient and global resolution of all claims against Winbond. It also fosters the
11 efficient and coordinated litigation of the 41-state lawsuit filed by the Plaintiff States with the
12 Indirect Purchaser lawsuits.[1]

13 For the reasons set forth above, we respectfully request that our administrative motion for the
14 relation of *State of California et. al. v. Winbond Electronics Co.*, Case No. C 07-2589 MEJ be
15 granted.

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///

---

24  1. Plaintiff States' *Winbond* case includes several States who are not part of the *Infineon* case currently before this Court, notably the States of Connecticut, Montana, Missouri, New Jersey, South Dakota, and the District of Columbia. *See* Exh. 1 to Decl. of Emilio E. Varanini IV. However, these States are joining the case only for the purpose of participating in this (and possibly future) settlements. The addition of these States for purposes of reaching a global settlement with Winbond illustrates in a small way how the Plaintiff States' filing and litigation of a single case in this forum can be accomplished efficiently to aid this Court in reaching a comprehensive resolution of the DRAM cases. The *Winbond* settlement does not, however, include the State of New York.

Dated: May 22, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

THOMAS GREENE
Chief Assistant Attorney General

KATHLEEN E. FOOTE
Senior Assistant Attorney General


/S/ Emilio E. Varanini
EMILIO E. VARANINI
Deputy Attorney General

Liaison Counsel for Plaintiff State Attorneys General