UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PROPOSED RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filling an opposition or statement of support has passed. As the judge assigned to the earlier-filed cases below that bear my initials, I find that the more recently filed case that I have initialed below are related to the cases already assigned to me, and such case shall be reassigned to me. Any cases listed below that are not related to the case assigned to me shall be referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 02-01486 PJH**        **In Re Dynamic Random Access Memory (DRAM) Antitrust Litigation**

    **The above case is assigned to me.** _____


**C 06-04333 PJH**        **State of California et al v. Infineon Technologies AG et al**

    **The above case is assigned to me.** _____


**C 06-6436 PJH**        **State of New York v. Micron Technology et. al.**

    **The above case is assigned to me.** _____

**C 07-1347 PJH**        **State of California et. al. v. Samsung Electronics Co. Ltd. et. al.**

    **The above case is assigned to me.** \_\_\_\_\_

**C 07-2589 MEJ**        **State of California et. al. v. Winbond Electronics Co.**

    **I find that the above case is related to the cases assigned to me.** \_\_\_\_\_

**ORDER**

Counsel are instructed that all future fillings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in the reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by Fed. Rule Civ. Pro. 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by ADR Local Rules remain in effect; and any deadlines established in a case management order

continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.


Dated: _____    _____
                                                        Judge Phyllis J. Hamilton