1  EDMUND G. BROWN, JR.
   Attorney General of the State of California
2  KATHLEEN E. FOOTE
   Senior Assistant Attorney General
3  EMILIO E. VARANINI
   Deputy Attorney General
4  State Bar No. 163952
       455 Golden Gate Avenue
5      San Francisco, CA 94102
       Telephone: (415) 703-5908
6  Fax: (415) 703-5480
       Email: emilio.varanini@doj.ca.gov
7  Attorneys for Plaintiff States

8

9

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13  | THE STATE OF CALIFORNIA et al. | Master File No. M-02-1486 PJH |
    |---|---|
14  | Plaintiffs, | MDL No. 1486 |
15  | v. | Case No. C 06-4333 PJH |
    | INFINEON TECHNOLOGIES AG et al., | |
16  | Defendants. | |
17  | | |
18  | | |
19  | THIS DOCUMENT RELATED TO: | |
20  | ALL INDIRECT PURCHASER ACTIONS | STIPULATION AND [PROPOSED] ORDER REGARDING PROCEDURES GOVERNING EXPERT DISCOVERY |
21  | | |
22  | | Date: |
    | | Time: |
23  | | Judge:  The Hon. Phyllis J. Hamilton |

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING GOVERNING EXPERT DISCOVERY,
MDL No. 1486, Case No. C 06-4333 (PJH)

1    Plaintiffs States and Defendants agree as follows regarding the time and scope of any expert

2 discovery in this case:

3    1. Within 3 business days of any party serving any expert reports and/or expert declarations

4 in this case pursuant to Fed. R. Civ. P. 26(a)(2)(B), the party or parties proffering the expert witness

5 shall produce all other documents and/or information required by Rule 26(a)(2)(B), namely "the data

6 or other information considered by the witness in forming the [expert's] opinions; any exhibits to be

7 used as a summary of or support for the opinions; the qualifications of the witness, including a list

8 of all publications authored by the witness within the preceding ten years; the compensation to be

9 paid for the study and testimony; and a listing of any other cases in which the witness has testified

10 as an expert at trial or by deposition within the preceding four years." "(D)ata or other information

11 considered" shall include, but is not limited to, raw data, spreadsheets, computerized regression

12 analyses and/or other underlying reports and schedules sufficient to reconstruct the expert's work,

13 calculations, and/or analyses. Information can be produced electronically (via email or disc) where

14 appropriate. Where documents have previously been produced as part of the discovery in this case,

15 a list of such documents by Bates number is sufficient. As to other documents considered by the

16 expert, those documents should be produced except where widely available publicly without undue

17 expense (such as on the internet, or in major university libraries).

18    2. The following types of information shall not be the subject of discovery: (1) the content

19 of communications among and between: (a) counsel and experts; (b) experts and other experts or

20 consultants; and/or (c) experts and their respective staffs, and (2) notes, drafts, written

21 communications or other types of preliminary work created by, or for, experts. The foregoing

22 exclusions from discovery will not apply to any communications or documents upon which the

23 experts rely as a basis for their opinions/reports.

24    3. This Stipulation shall be effective only upon agreement of both Plaintiff States and the

25 Defendants.

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING GOVERNING EXPERT DISCOVERY,
MDL No. 1486, Case No. C 06-4333 (PJH)        - 1 -

1

2      EDMUND G. BROWN, JR.
       Attorney General of the State of California
3      KATHLEEN E. FOOTE
       Senior Assistant Attorney General

4

5

6      EMILIO E. VARANINI
       Deputy Attorney General
7      Attorneys for Plaintiff States

8      Dated: March ⌐S , 2007

9

10

11

12     By:_____          By: Paul R. Griffin

13     James G. Kreissman                   Robert B. Pringle
       Harrison J. Frahn IV                 Paul R. Griffin
14     Isabelle A. Young                    Jonathan E. Swartz
       SIMPSON THACHER & BARTLETT LLP       THELEN REID BROWN RAYSMAN &
15     2550 Hanover Street                  STEINER LLP
       Palo Alto, CA 94304                  101 Second Street, Suite 1800
16     Telephone: (650) 251-5000            San Francisco, CA 94105-3606
       Facsimile: (650) 251-5002            Telephone: (415) 371-1200
17                                          Facsimile: (415) 371-1211

18     Attorneys for Defendants Elpida Memory, Inc.   Attorneys for Defendant NEC Electronics
       and Elpida Memory (USA) Inc.                   America, Inc.

19     Dated: March ___, 2007               Dated: March ___, 2007

20

21

22

23

24

25

26

27

28
       STIPULATION AND [PROPOSED] ORDER REGARDING GOVERNING EXPERT DISCOVERY,
       MDL No. 1486, Case No. C 06-4333 (PJH)        - 2 -

EDMUND G. BROWN, JR.
Attorney General of the State of California
KATHLEEN E. FOOTE
Senior Assistant Attorney General

EMILIO E. VARANINI
Deputy Attorney General
Attorneys for Plaintiff States

Dated: March 15, 2007

By:_____

James G. Kreissman
Harrison J. Frahn IV
Isabelle A. Young
**SIMPSON THACHER & BARTLETT LLP**
2550 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

**Attorneys for Defendants Elpida Memory, Inc.
and Elpida Memory (USA) Inc.**

Dated: March ___, 2007

By:_____

Robert B. Pringle
Paul R. Griffin
Jonathan E. Swartz
**THELEN REID BROWN RAYSMAN &
STEINER LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105-3606
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

**Attorneys for Defendant NEC Electronics
America, Inc.**

Dated: March ___, 2007

EDMUND G. BROWN, JR.
Attorney General of the State of California
KATHLEEN E. FOOTE
Senior Assistant Attorney General

EMILIO E. VARANINI
Deputy Attorney General
Attorneys for Plaintiff States

Dated: March 15, 2007

By: _____
James G. Kreissman
Harrison J. Frahn IV
Isabelle A. Young
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Attorneys for Defendants Elpida Memory, Inc.
and Elpida Memory (USA) Inc.

Dated: March 30, 2007

By: _____
Robert B. Pringle
Paul R. Griffin
Jonathan E. Swartz
THELEN REID BROWN RAYSMAN &
STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3606
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Defendant NEC Electronics
America, Inc.

Dated: March ___, 2007

STIPULATION AND [PROPOSED] ORDER REGARDING GOVERNING EXPERT DISCOVERY,
MDL No. 1486, Case No. C 06-4333 (PJH)    - 2 -

1

2

By_____

3

Saretta C. McDonough

4  **KIRKLAND & ELLIS LLP**
   777 South Figueroa Street

5  Los Angeles, CA 90017
   Telephone: (213) 680-8400

6  Facsimile: (213) 680-8500

7  Aton Arbisser
   Julian Brew

8  **KAYE SCHOLER LLP**
   1999 Avenue of the Stars #1700

9  Los Angeles, CA 90067-6048
   Telephone: (310) 788-1000

10 Facsimile: (310) 788-1200

11 **Attorneys for Defendants Infineon Technologies**
   **AG and Infineon Technologies North America**

12 **Corp.**

13 Dated: March ___, 2007

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: _Scott E. Morgan_

Stephen V. Bomse
Michael Shepard
David C. Brownstein
Scott E. Morgan
**HELLER EHRMAN LLP**
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

**Attorneys for Defendants Mosel Vitelic, Inc.**
**and Mosel Vitelic Corp.**

Dated: ~~March~~ May 29, 2007

STIPULATION AND [PROPOSED] ORDER REGARDING GOVERNING EXPERT DISCOVERY ,
MDL No. 1486, Case No. C 06-4333 (PJH)          - 3 -

1

2

3

By _Julian Brew/JSS_          By:_____

Saretta C. McDonough                    Stephen V. Bomse
**KIRKLAND & ELLIS LLP**                Michael Shepard
777 South Figueroa Street               David C. Brownstein
Los Angeles, CA 90017                   Scott E. Morgan
Telephone: (213) 680-8400               **HELLER EHRMAN LLP**
Facsimile: (213) 680-8500               333 Bush Street
                                        San Francisco, CA 94104-2878
Aton Arbisser                           Telephone: (415) 772-6000
Julian Brew                             Facsimile: (415) 772-6268
**KAYE SCHOLER LLP**
1999 Avenue of the Stars #1700          **Attorneys for Defendants Mosel Vitelic, Inc.**
Los Angeles, CA 90067-6048              **and Mosel Vitelic Corp.**
Telephone: (310) 788-1000
Facsimile: (310) 788-1200               Dated:  March ___, 2007

**Attorneys for Defendants Infineon Technologies**
**AG and Infineon Technologies North America**
**Corp.**

Dated:  March _15_, 2007

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING GOVERNING EXPERT DISCOVERY ,
MDL No. 1486, Case No. C 06-4333 (PJH)          - 3 -

1

2

3
By: _Joel S. Sanders_

4
Joel S. Sanders
**GIBSON, DUNN & CRUTCHER LLP**

5
One Montgomery Street
Suite 3100

6
San Francisco, CA 94104
Telephone: (415) 393-8200

7
Facsimile: (415) 986-5309

8
William J. Baer

9
Wilson D. Mudge
Mark R. Merley

10
**ARNOLD & PORTER LLP**
Thurman Arnold Buildings

11
555 Twelfth Street, N.W.
Washington, DC 20004-1206

12
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

13
Ronald C. Redcay

14
**ARNOLD & PORTER LLP**
777 South Figueroa Street, 44th Floor

15
Los Angeles, CA 90017-2513
Telephone: (213) 243-4000

16
Facsimile: (213) 243-4199

17
**Attorneys for Defendants Micron Technology,
Inc. and Micron Semiconductor Products, Inc.**

18
Dated: March 16, 2007

By: _____

Kenneth R. O'Rourke
Steven Bergman
Daniel L. Alexander
**O'MELVENY & MYERS LLP**
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Ian Simmons
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Albert J. Boro, Jr.
Terrence A. Callan
**PILLSBURY WINTHROP SHAW
PITTMAN LLP**
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

**Attorneys for Defendants Hynix
Semiconductor, Inc. and Hynix
Semiconductor America, Inc.**

Dated: March ___, 2007

19

20

21

22

23

24

25

26

27

28

By:_____

Joel S. Sanders
**GIBSON, DUNN & CRUTCHER LLP**
One Montgomery Street
Suite 3100
San Francisco, CA 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

William J. Baer
Wilson D. Mudge
Mark R. Merley
**ARNOLD & PORTER LLP**
Thurman Arnold Buildings
555 Twelfth Street, N.W.
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Ronald C. Redcay
**ARNOLD & PORTER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-2513
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
ronald.redcay@aporter.com

**Attorneys for Micron Technology, Inc. and
Micron Semiconductor Products, Inc.**

Dated:  March ___, 2007

By: _Kenneth R. O'Rourke_ /gw/

Kenneth R. O'Rourke
Steven Bergman
**O'MELVENY & MYERS LLP**
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Michael F. Tubach
**O'MELVENY & MYERS LLP**
275 Battery St.
San Francisco, CA  94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

**Attorneys for Defendants Hynix
Semiconductor, Inc. and Hynix
Semiconductor America, Inc.**

Dated:  April _2_, 2007

1

2

3

4  By: _____

5  Howard M. Ullman
   **ORRICK, HERRINGTON & SUTCLIFFE**
6  **LLP**
   The Orrick Building
7  405 Howard Street
   San Francisco, CA 94105-2669
8  Telephone: (415) 773-5700
   Facsimile: (415) 773-5759
9  hullman@orrick.com

10 Robert E. Freitas
   **ORRICK, HERRINGTON & SUTCLIFFE**
11 **LLP**
   1000 Marsh Road
12 Menlo Park, CA 94025
   Telephone: (650) 614-7400
13 Facsimile: (650) 614-7401

14 **Attorneys for Defendants Nanya Technology**
   **Corporation and Nanya Technology**
15 **Corporation USA, Inc.**

16 Dated: April 10, 2007

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING GOVERNING EXPERT DISCOVERY ,
MDL No. 1486, Case No. C 06-4333 (PJH)          - 5 -