1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

8

9

10

| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486 PJH<br>MDL No. 1486<br>Case No. C 06-6433 PJH |
|---|---|
| This Document Relates to:<br><br>STATE OF CALIFORNIA ET. AL.,<br><br>Plaintiff,<br><br>v.<br><br>INFINEON TECHNOLOGIES AG ET. AL.,<br><br>Defendants. | **STIPULATION AND [PROPOSED] ORDER REGARDING PROCEDURES GOVERNING EXPERT DISCOVERY**<br><br>Date:<br>Time:<br>Judge:  The Hon. Phyllis J. Hamilton |

11

12

13

14

15

16

17

18

19

20        The attached stipulation regarding procedures governing expert discovery is hereby

21    GRANTED.

22        IT IS SO ORDERED.

23

24        DATED: _____        _____

25                                    Hon. Phyllis J. Hamilton

26                                    United States District Judge

27

28