EDMUND G. BROWN, JR.
Attorney General of the State of California
KATHLEEN E. FOOTE
Senior Assistant Attorney General
EMILIO E. VARANINI
Deputy Attorney General
State Bar No. 163952
    455 Golden Gate Avenue
    San Francisco, CA 94102
    Telephone: (415) 703-5908
    Fax: (415) 703-5480
    Email: emilio.varanini@doj.ca.gov
Attorneys for Plaintiff States

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE STATE OF CALIFORNIA et al. | Master File No. M-02-1486 PJH |
| Plaintiffs, | MDL No. 1486 |
| v. | Case No. C 06-4333 PJH |
| INFINEON TECHNOLOGIES AG et al., | |
| Defendants. | |
| THIS DOCUMENT RELATED TO: | |
| ALL INDIRECT PURCHASER ACTIONS | STIPULATION AND [PROPOSED] ORDER REGARDING PROCEDURES GOVERNING EXPERT DISCOVERY |
| | Date:<br>Time:<br>Judge: The Hon. Phyllis J. Hamilton |

Plaintiffs States and Defendants agree as follows regarding the time and scope of any expert discovery in this case:

1. Within 3 business days of any party serving any expert reports and/or expert declarations in this case pursuant to Fed. R. Civ. P. 26(a)(2)(B), the party or parties proffering the expert witness shall produce all other documents and/or information required by Rule 26(a)(2)(B), namely "the data or other information considered by the witness in forming the [expert's] opinions; any exhibits to be used as a summary of or support for the opinions; the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years." "(D)ata or other information considered" shall include, but is not limited to, raw data, spreadsheets, computerized regression analyses and/or other underlying reports and schedules sufficient to reconstruct the expert's work, calculations, and/or analyses. Information can be produced electronically (via email or disc) where appropriate. Where documents have previously been produced as part of the discovery in this case, a list of such documents by Bates number is sufficient. As to other documents considered by the expert, those documents should be produced except where widely available publicly without undue expense (such as on the internet, or in major university libraries).

2. The following types of information shall not be the subject of discovery: (1) the content of communications among and between: (a) counsel and experts; (b) experts and other experts or consultants; and/or (c) experts and their respective staffs, and (2) notes, drafts, written communications or other types of preliminary work created by, or for, experts. The foregoing exclusions from discovery will not apply to any communications or documents upon which the experts rely as a basis for their opinions/reports.

3. This Stipulation shall be effective only upon agreement of both Plaintiff States and the Defendants.

STIPULATION AND [PROPOSED] ORDER REGARDING GOVERNING EXPERT DISCOVERY,
MDL No. 1486, Case No. C 06-4333 (PJH)       - 1 -

```
                                    EDMUND G. BROWN, JR.
                                    Attorney General of the State of California
                                    KATHLEEN E. FOOTE
                                    Senior Assistant Attorney General


                                    /s/ Emilio E. Varanini
                                    EMILIO E. VARANINI
                                    Deputy Attorney General
                                    Attorneys for Plaintiff States
```

Dated: March 15, 2007


By:_____                By: /s/ Paul R. Griffin

James G. Kreissman                          Robert B. Pringle
Harrison J. Frahn IV                        Paul R. Griffin
Isabelle A. Young                           Jonathan E. Swartz
**SIMPSON THACHER & BARTLETT LLP**          **THELEN REID BROWN RAYSMAN &**
2550 Hanover Street                         **STEINER LLP**
Palo Alto, CA 94304                         101 Second Street, Suite 1800
Telephone: (650) 251-5000                   San Francisco, CA 94105-3606
Facsimile: (650) 251-5002                   Telephone: (415) 371-1200
                                            Facsimile: (415) 371-1211
Attorneys for Defendants Elpida Memory, Inc.
and Elpida Memory (USA) Inc.                Attorneys for Defendant NEC Electronics
                                            America, Inc.
Dated: March ___, 2007
                                            Dated: March ___, 2007

EDMUND G. BROWN, JR.
Attorney General of the State of California
KATHLEEN E. FOOTE
Senior Assistant Attorney General

*/s/ Emilio E. Varanini*

EMILIO E. VARANINI
Deputy Attorney General
Attorneys for Plaintiff States

Dated: March 15, 2007

By:_____

James G. Kreissman
Harrison J. Frahn IV
Isabelle A. Young
**SIMPSON THACHER & BARTLETT LLP**
2550 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

**Attorneys for Defendants Elpida Memory, Inc. and Elpida Memory (USA) Inc.**

Dated: March ___, 2007

By:_____

Robert B. Pringle
Paul R. Griffin
Jonathan E. Swartz
**THELEN REID BROWN RAYSMAN & STEINER LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105-3606
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

**Attorneys for Defendant NEC Electronics America, Inc.**

Dated: March ___, 2007

EDMUND G. BROWN, JR.
Attorney General of the State of California
KATHLEEN E. FOOTE
Senior Assistant Attorney General

*/s/ Emilio E. Varanini*

EMILIO E. VARANINI
Deputy Attorney General
Attorneys for Plaintiff States

Dated: March 15, 2007

By: */s/*

James G. Kreissman
Harrison J. Frahn IV
Isabelle A. Young
**SIMPSON THACHER & BARTLETT LLP**
2550 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Attorneys for Defendants Elpida Memory, Inc.
and Elpida Memory (USA) Inc.

Dated: March 30, 2007

By: _____

Robert B. Pringle
Paul R. Griffin
Jonathan E. Swartz
**THELEN REID BROWN RAYSMAN &
STEINER LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105-3606
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Defendant NEC Electronics
America, Inc.

Dated: March ___, 2007

| | |
|---|---|
| By_____ | By: /s/ Scott E. Morgan |
| Saretta C. McDonough<br>**KIRKLAND & ELLIS LLP**<br>777 South Figueroa Street<br>Los Angeles, CA 90017<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500 | Stephen V. Bomse<br>Michael Shepard<br>David C. Brownstein<br>Scott E. Morgan<br>**HELLER EHRMAN LLP**<br>333 Bush Street<br>San Francisco, CA 94104-2878<br>Telephone: (415) 772-6000<br>Facsimile: (415) 772-6268 |
| Aton Arbisser<br>Julian Brew<br>**KAYE SCHOLER LLP**<br>1999 Avenue of the Stars #1700<br>Los Angeles, CA 90067-6048<br>Telephone: (310) 788-1000<br>Facsimile: (310) 788-1200 | **Attorneys for Defendants Mosel Vitelic, Inc. and Mosel Vitelic Corp.**<br><br>SEM Dated: ~~March~~ May 29, 2007 |

**Attorneys for Defendants Infineon Technologies AG and Infineon Technologies North America Corp.**

Dated: March ___, 2007

1
2
3   By _Julian Brew/JSS_                    By: _____

    Saretta C. McDonough                    Stephen V. Bomse
4   **KIRKLAND & ELLIS LLP**                Michael Shepard
    777 South Figueroa Street               David C. Brownstein
5   Los Angeles, CA 90017                   Scott E. Morgan
    Telephone: (213) 680-8400               **HELLER EHRMAN LLP**
6   Facsimile: (213) 680-8500               333 Bush Street
                                            San Francisco, CA 94104-2878
7   Aton Arbisser                           Telephone: (415) 772-6000
    Julian Brew                             Facsimile: (415) 772-6268
8   **KAYE SCHOLER LLP**
    1999 Avenue of the Stars #1700          **Attorneys for Defendants Mosel Vitelic, Inc.
9   Los Angeles, CA 90067-6048              and Mosel Vitelic Corp.**
    Telephone: (310) 788-1000
10  Facsimile: (310) 788-1200               Dated: March ___, 2007

11  **Attorneys for Defendants Infineon Technologies
12  AG and Infineon Technologies North America
    Corp.**

13  Dated: March _15_, 2007

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER REGARDING GOVERNING EXPERT DISCOVERY,
MDL No. 1486, Case No. C 06-4333 (PJH)        - 3 -

| | |
|---|---|
| By: /s/ Joel S. Sanders<br>Joel S. Sanders<br>**GIBSON, DUNN & CRUTCHER LLP**<br>One Montgomery Street<br>Suite 3100<br>San Francisco, CA 94104<br>Telephone: (415) 393-8200<br>Facsimile: (415) 986-5309<br><br>William J. Baer<br>Wilson D. Mudge<br>Mark R. Merley<br>**ARNOLD & PORTER LLP**<br>Thurman Arnold Buildings<br>555 Twelfth Street, N.W.<br>Washington, DC 20004-1206<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br><br>Ronald C. Redcay<br>**ARNOLD & PORTER LLP**<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-2513<br>Telephone: (213) 243-4000<br>Facsimile: (213) 243-4199<br><br>**Attorneys for Defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc.**<br><br>Dated: March 16, 2007 | By:_____<br>Kenneth R. O'Rourke<br>Steven Bergman<br>Daniel L. Alexander<br>**O'MELVENY & MYERS LLP**<br>400 South Hope Street<br>Los Angeles, CA 90071<br>Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407<br><br>Ian Simmons<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street, NW<br>Washington, D.C. 20006<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414<br><br>Albert J. Boro, Jr.<br>Terrence A. Callan<br>**PILLSBURY WINTHROP SHAW PITTMAN LLP**<br>50 Fremont Street<br>Post Office Box 7880<br>San Francisco, CA 94120-7880<br>Telephone: (415) 983-1000<br>Facsimile: (415) 983-1200<br><br>**Attorneys for Defendants Hynix Semiconductor, Inc. and Hynix Semiconductor America, Inc.**<br><br>Dated: March ___, 2007 |

By: _____

Joel S. Sanders
**GIBSON, DUNN & CRUTCHER LLP**
One Montgomery Street
Suite 3100
San Francisco, CA 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

William J. Baer
Wilson D. Mudge
Mark R. Merley
**ARNOLD & PORTER LLP**
Thurman Arnold Buildings
555 Twelfth Street, N.W.
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Ronald C. Redcay
**ARNOLD & PORTER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-2513
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
ronald.redcay@aporter.com

**Attorneys for Micron Technology, Inc. and Micron Semiconductor Products, Inc.**

Dated: March ___, 2007

By: *Kenneth R. O'Rourke* /s/

Kenneth R. O'Rourke
Steven Bergman
**O'MELVENY & MYERS LLP**
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Michael F. Tubach
**O'MELVENY & MYERS LLP**
275 Battery St.
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

**Attorneys for Defendants Hynix Semiconductor, Inc. and Hynix Semiconductor America, Inc.**

Dated: April 2, 2007

By: /s/ *signature*

Howard M. Ullman
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
hullman@orrick.com

Robert E. Freitas
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

**Attorneys for Defendants Nanya Technology Corporation and Nanya Technology Corporation USA, Inc.**

Dated: April 16, 2007