1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  THOMAS GREENE
   Chief Assistant Attorney General
3  KATHLEEN E. FOOTE
   Senior Assistant Attorney General
4  State Bar No. 65819
   EMILIO VARANINI, State Bar No. 163952
5  Deputy Attorney General
   455 Golden Gate Avenue, Suite 11000
6  San Francisco, CA  94102-7004
   Telephone:  (415) 703-5908
7  Fax:  (415) 703-5480
   Email:  Emilio.Varanini@doj.ca.gov
8  Liaison Counsel for Plaintiff States

9

10                   IN THE UNITED STATES DISTRICT COURT

11                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14  **THE STATE OF CALIFORNIA BY ITS** | Case No.: MDL-02-1486 PJH |
| **ATTORNEY GENERAL BILL LOCKYER** | |
| 15  **AND THE CITY AND COUNTY OF SAN** | Case No.: C-06-4333 PJH |
| **FRANCISCO, et al.,** | |
| 16 | Case No.: C-06-6436  PJH |
| 17                              Plaintiffs, | Case No.: C-07-1347 SBA |
| 18            v. | Case No.: C-07-2589 MEJ |
| **INFINEON TECHNOLOGIES AG;** | |
| 19  **INFINEON TECHNOLOGIES NORTH** | |
| **AMERICAN CORP; et al.,** | **NOTICE OF CHANGE OF** |
| 20                              Defendants, | **ADDRESS FOR  ASSIGNED** |
| 21 _____ | **ATTORNEY** |
| 22  **THIS DOCUMENT RELATED TO:** | |
| 23  **ALL ACTIONS** | |
| 24 | |
| 25 | |

26         **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

27         **PLEASE TAKE NOTICE** that the address for the Office of the Attorney General, the

28  attorneys for Plaintiff States, has changed.  The new address is:

State of California et al, v. Infineon Technologies AG et al.

1

Emilio E. Varanini, State Bar No. 163952
Office of the Attorney General

2

455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

3

Phone: (415) 703-5908
Facsimile: (415) 5480

4

5

Please revise your service lists to address all correspondence and documents to Mr. Varanini at the above address.

6

7

Dated: June 14, 2007

8

Respectfully submitted,

9

EDMUND G. BROWN JR.
Attorney General of the State of California

10

11

THOMAS GREENE
Chief Assistant Attorney General
KATHLEEN E. FOOTE
Senior Assistant Attorney General

12

13

/S/Emilio E. Varanini
EMILIO VARANINI

14

15

Liaison Counsel for Plaintiff States

16

17

40149859.wpd
SF2006402096

18

19

20

21

22

23

24

25

26

27

28

State of California et al, v. Infineon Technologies AG et al.

C-06-04333 SC