1  Michael I Spiegel – California Bar No. 32651
   Charles M. Kagay – California Bar No. 73377
2  Wayne M. Liao – California Bar No. 66591
   SPIEGEL LIAO & KAGAY
3  388 Market Street, Suite 900
   San Francisco, California 94111
4  Telephone: (415) 956-5959
   E-Mail: mis@slksf.com
5  E-Mail: cmk@slksf.com
   E-Mail: wml@slksf.com
6
   Attorneys for the State of California
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | THE STATE OF CALIFORNIA et al.,        Case No. C 06-4333 PJH
                                            Related to MDL. No. 1486
12 |               Plaintiffs,

13 |                                        Notice of Appearance of Charles M.
   | v.                                     Kagay on Behalf of Plaintiff State of
14 |                                        California

15 |

16 | INFINEON TECHNOLOGIES AG et
   |     al.,
17 |
   |               Defendants.
18 |

19       Please take notice that Charles M. Kagay of Spiegel Liao & Kagay hereby

20  appears in this action on behalf of plaintiff State of California. Mr. Kagay's e-mail

21  address is cmk@slksf.com.

22  Dated: June 20, 2007

23                                          Spiegel Liao & Kagay

24
                                            /s/ Charles M. Kagay
25                                          Charles M. Kagay
                                            Attorneys for the State of California
26

_____  1  _____
Notice of Appearance of Charles M. Kagay – No. C 06-4333 PJH, Related to MDL No. 1486