1  KENNETH R. O'ROURKE (S.B. #120144)
   korourke@omm.com
2  PAUL B. SALVATY (S.B. #171507)
   psalvaty@omm.com
3  STEVEN H. BERGMAN (S.B. #180542)
   sbergman@omm.com
4  O'MELVENY & MYERS LLP
   400 South Hope Street
5  Los Angeles, CA  90071-2899
   Telephone:    (213) 430-6000
6  Facsimile:     (213) 430-6407

7  MICHAEL F. TUBACH (S.B. #145955)
   mtubach@omm.com
8  O'MELVENY & MYERS LLP
   275 Battery Street
9  San Francisco, CA
   Telephone:    (415) 984-8700
10 Facsimile:     (415) 984-8701

11 Attorneys for Defendants
   Hynix Semiconductor Inc. and Hynix
12 Semiconductor America Inc. in the *Sun/Unisys*,
   *Edge*, *Jaco* and *All-American* actions

13

**UNITED STATES DISTRICT COURT**

14

**NORTHERN DISTRICT OF CALIFORNIA**

15

16

17

| | |
|---|---|
| Sun Microsystems, Inc. v. Hynix Semiconductor Inc., et al. | Case No.  C 06-01665-PJH (Consolidated) |
| Case No.  C-06-01665-PJH | Case No.  C-06-02915-PJH |
| Unisys Corporation v. Hynix Semicondcutor Inc., et al. | Case No.  C-07-01200-PJH |
| Case No.  C-06-02915-PJH | Case No.  C-07-01207-PJH |
| Jaco Electronics, Inc. v. Hynix Semiconductor Inc., et al. | Case No.  C-07-01212-PJH |
| Case No.  C-07-01212-PJH | Case No.  C-07-01381-PJH |
| Edge Electronics, Inc. v. Hynix Semiconductor Inc., et al. | **PROOF OF SERVICE** |
| Case No.  C-07-01207-PJH | |

LA2:834978.1                                                                 PROOF OF SERVICE

I, Carla Montiel, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 South Hope Street, Los Angeles, California 90071-2899. On June 21, 2007May 24, 2007, I served the within documents:

**[PROPOSED] PRETRIAL ORDER NO. 1**

By ECF: by USDC Live System-Document Filing System on all interested parties registered for e-filing.

☒

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on June 21, 2007, at Los Angeles, California.

                          */s/ Carla B. Montiel*
                             Carla Montiel

LA2:834978.1                                                                                   PROOF OF SERVICE