Steven H. Morrissett (SBN 073424)
Wendy A. Herby (SBN 249991)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:     (650) 849-6600
Facsimile:     (650) 849-6666
Email:         morrissett@finnegan.com
               wendy.herby@finnegan.com

William S. Farmer (SBN 46694)
Jacob P. Alpren (SBN 235713)
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, CA  94104
Telephone:     (415) 788-4646
Facsimile:     (415) 788-6929
Email:         wfarmer@collette.com
               jalpren@collette.com

Attorneys for Defendant WINBOND ELECTRONICS
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE STATE OF CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>WINBOND ELECTRONICS CO.,<br><br>    Defendant. | CASE NO. C 07-02589-PJH<br><br>**DEFENDANT WINBOND ELECTRONICS CORPORATION'S DISCLOSURE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16 AND FED. R. CIV. P. 7.1** |

1  Pursuant to Civil L.R. 3-16 and Fed. R. Civ. P. 7.1, the undersigned, counsel of record for
2  Defendant Winbond Electronics Corporation, discloses and certifies the following information
3  regarding persons, firms, partnerships, or corporations (including parent corporations), or other
4  entities other than the parties themselves known by the party to have either: (i) a financial interest of
5  any kind in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of
6  interest that could be substantially affected by the outcome of the proceeding:

7  Winbond Electronics Corporation is a Taiwan corporation publicly traded on the Taiwan
8  stock exchange. No company holds more than 10% of its stock.

9  No such interest is known other than that of the named parties to the action.

10  Respectfully submitted,

12  Dated: October 9, 2007      By:   /s/ Steven H. Morrissett
                                       Steven H. Morrissett

      Wendy A. Herby
      FINNEGAN, HENDERSON, FARABOW,
        GARRETT & DUNNER, L.L.P.
      Stanford Research Park
      3300 Hillview Avenue
      Palo Alto, California  94304
      Telephone:(650) 849-6600
      Facsimile: (650) 849-6666
      Email:     morrissett@finnegan.com
                 wendy.herby@finnegan.com

      William S. Farmer (SBN 46694)
      Jacob P. Alpren (SBN 235713)
      COLLETTE, ERICKSON, FARMER & O'NEILL LLP
      235 Pine Street, Suite 1300
      San Francisco, CA  94104
      Telephone:(415) 788-4646
      Facsimile: (415) 788-6929
      Email:     wfarmer@collette.com
                 jalpren@collette.com

      Attorneys for Defendant WINBOND
      ELECTRONICS CORPORATION