JOSEF D. COOPER (Cal. S. B. 53015)
TRACY R. KIRKHAM (Cal. S. B. 69913)
KELLY A. HORNE (Cal. S. B. 242675)
COOPER & KIRKHAM, P.C.
655 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
jdc@coopkirk.com

Indirect Plaintiffs' Co-Lead Counsel

EDMUND G. BROWN, JR.
Attorney General of the State of California
THOMAS GREENE
Chief Assistant Attorney General
KATHLEEN FOOTE (Cal. S. B. 65819)
Senior Assistant Attorney General
EMILIO E. VARANINI (Cal. S. B. 163952)
Deputy Attorney General
455 Golden Gate Avenue, Ste. 11000
San Francisco, CA 94102
Telephone: (415) 703-5908
Facsimile: (415) 703-5480
Emilio.varanini@doj.ca.gov

Attorneys for Plaintiff States

(The Names of Additional Counsel Appear on Signature Page)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486-PJH<br><br>MDL No. 1486 |
| This Document Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | **NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENTS WITH SAMSUNG AND WINBOND DEFENDANTS** |
| *State of New York v. Micron Technology et al* | No. C-06-6436 PJH |
| *State of California et al v. Infineon Technologies AG et al* | No. C-06-4333 PJH |
| *State of California et al v. Samsung Electronics Co., Ltd et al* | No. C-07-1347 PJH |
| *State of California et al v. Winbond Electronics Co.* | No. C-07-2589 PJH<br><br>Date: November 14, 2007<br>Time: 9:00 a.m.<br>Place: Courtroom 3, 17th Floor<br>    Honorable Phyllis J. Hamilton |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THESE ACTIONS:

PLEASE TAKE NOTICE that on November 14, 2007, at 9:00 a.m., or as soon thereafter as the matter can be heard, before the Honorable Phyllis J. Hamilton of the United States District Court, Northern District of California, 450 Golden Gate Avenue, San Francisco, California, Plaintiffs will and hereby do move for an order granting preliminary approval of class action settlements with defendants Samsung Semiconductor, Inc. and Samsung Electronics Company Ltd. (collectively "Samsung") and with defendants Winbond Electronics Corporation and Winbond Electronics Corporation America (collectively "Winbond"). As part of the preliminary approval process, Plaintiffs also will and hereby do move the court to certify two Settlement Classes, one a nationwide class of non-governmental indirect purchasers of DRAM and products containing DRAM ("the Private Indirect Purchaser Settlement Class") and the other a class of Governmental Purchasers in seven Plaintiff States, comprised of direct and indirect governmental purchasers with proprietary claims, to the extent that said government purchasers are not being represented by Plaintiff States in a direct or *parens* capacity ("the Governmental Purchaser Settlement Class"). Finally, Plaintiffs will and hereby do move the Court to appoint a Special Master charged with recommending a plan for allocating and distributing settlement funds among and for the benefit of members of the Private Indirect Purchaser Settlement Class and the Governmental Purchaser Settlement Class.

This motion is brought pursuant to Rules 23 and 53 of the Federal Rules of Civil Procedure, and is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, the Declarations of Josef D. Cooper, Emilio E. Varanini and Blake L. Harrop, any papers filed in reply, such argument as may be presented at the hearing, and all other papers and records on file in this matter.

Dated: October 11, 2007                                   Respectfully Submitted,

                                                          /S/ Josef D. Cooper
                                                          By: Josef D. Cooper
                                                          On Behalf of All Private Indirect Purchaser
                                                          Class Plaintiffs

Notice and Motion for Preliminary Approval of Settlement
with Samsung and Winbond Defendants                                                                    1

|   |   |
|---|---|
| 1 | |
| 2 | DANIEL GUSTAFSON |
|   | GUSTAFSON GLUEK, PLLC |
|   | 650 Northstar East |
| 3 | 608 Second Avenue South |
|   | Minneapolis, MN 55402 |
| 4 | Telephone: (612)333-8844 |

DANIEL GUSTAFSON
GUSTAFSON GLUEK, PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone: (612)333-8844

DANIEL J. MOGIN (Ca. S. B. 95624)
THE MOGIN LAW FIRM
110 Juniper Street
San Diego, CA 92101
Telephone: (619) 687-6611

DAVID BOIES III
STRAUS & BOIES, LLP
4041 University Drive, 5th Floor
Fairfax, VA 22030
Telephone: (703) 764-8700

JOSEF D. COOPER
COOPER & KIRKHAM, P.C.
655 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: (415) 788-3030

Co-Lead Counsel for Indirect Plaintiffs


FRANCIS O. SCARPULLA (Ca. S.B. 41059)
ZELLE, HOFFMAN, VOEBEL, MASON &
GETTE, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700

Liaison Counsel for Indirect Plaintiffs


TERRY GROSS (Ca. S. B. 103878)
GROSS & BELSKY, LLP
180 Montgomery Street, Suite 2200
San Francisco, CA 94104
Telephone: (415) 544-0200

Chair, Indirect Plaintiffs' Executive Committee

/s/ Emilio E. Varanini
By: Emilio E. Varanini
On Behalf of All Plaintiff States and All
Governmental Purchaser Class Plaintiffs

EDMUND G. BROWN, JR.
THOMAS GREENE
KATHLEEN FOOTE
EMILIO E. VARANINI
Office of the Attorney General
455 Golden Gate Avenue, Ste. 11000
San Francisco, CA 94102
Telephone: (415) 703-5908

BLAKE L. HARROP
Senior Assistant Attorney General
State of Illinois
100 W. Randolph
Chicago, IL 60601
Telephone: (312) 814-1004