1   JOSEF D. COOPER (Cal. S. B. 53015)
    TRACY R. KIRKHAM (Cal. S. B. 69913)
2   KELLY A. HORNE (Cal. S. B. 242675)
    COOPER & KIRKHAM, P.C.
3   655 Montgomery Street, 17th Floor
    San Francisco, CA 94111
4   Telephone: (415) 788-3030
    Facsimile: (415) 882-7040
5   jdc@coopkirk.com

6   Indirect Plaintiffs' Co-Lead Counsel

7

8

9

10  (The Names of Additional Counsel Appear on Signature Page)

11

EDMUND G. BROWN, JR.
Attorney General of the State of California
THOMAS GREENE
Chief Assistant Attorney General
KATHLEEN FOOTE (Cal. S. B. 65819)
Senior Assistant Attorney General
Emilio E. Varanini (Cal. S. B. 163952)
Deputy Attorney General
455 Golden Gate Avenue, Ste. 11000
San Francisco, CA 94102
Telephone: (415) 703-5908
Facsimile: (415) 703-5480
Emilio.varanini@doj.ca.gov

Attorneys for the State of California

12              **UNITED STATES DISTRICT COURT**

13            **NORTHERN DISTRICT OF CALIFORNIA**
                 **SAN FRANCISCO DIVISION**

14

| | |
|---|---|
| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486-PJH |
| | MDL No. 1486 |
| This Document Relates To: | **EXHIBIT C TO MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENTS WITH SAMSUNG AND WINBOND DEFENDANTS** |
| ALL INDIRECT PURCHASER ACTIONS | |
| *State of New York v. Micron Technology et al* | No. C-06-6436 PJH |
| *State of California et al v. Infineon Technologies AG et al* | No. C-06-4333 PJH |
| *State of California et al v. Samsung Electronics Co., Ltd et al* | No. C-07-1347 PJH |
| *State of California et al v. Winbond Electronics Co.* | No. C-07--2589-PJH |
| | Date: November 14, 2007 Time: 9:00 a.m. Place: Courtroom 3, 17th Floor Honorable Phyllis J. Hamilton |

Individual states have asserted their claims under different legal doctrines. This complexity comes from the varying state laws and authority of the respective Attorneys General. Regardless of the manner in which the claim has been pled, the ultimate recovery sought by the states is the same.

There are 47 states involved in the Samsung Settlement. States include state agencies.
There are 46 states involved in the Winbond Settlement (New York is not party to that settlement.)

Parens Patriae:
Thirty-seven (37) states are representing natural persons in their states via state *parens patriae* actions for purposes of settlement.
Thirteen (14) states are representing businesses in their states via state parens patriae actions for purposes of settlement.

Twenty-seven (27) states are directly representing local government entities who purchased DRAM and products containing DRAM.

Seven (7) states are representing their state agencies and/or local government subdivisions as Rule 23 classes.

| State | Proprietary | | Parens | | Class |
| --- | --- | --- | --- | --- | --- |
| | State | Local | Natural Persons | Businesses | |
| Alaska | X | X | X | X | X |
| Arizona | X | X | X | | |
| Arkansas | X | | X | | X |
| California | X | X | X | | X |
| Colorado | X | | | | |
| Connecticut | X | X | X | | |
| Delaware | X | X | | | X |
| District of Columbia | X | X | X | | |
| Florida | X | X | X | | |
| Hawaii | X | X | | | |
| Idaho | X | X | X | X | |
| Illinois | X | X | X | X | |
| Iowa | X | | | | |
| Kentucky | X | X | X | | |
| Louisiana | X | X | X | X | |
| Maine | X | | X | | |
| Maryland | X | | X | | |
| Massachusetts | X | X | X | X | |
| Michigan | X | | X | | |
| Minnesota | X | | X | X | |
| Mississippi | X | X | X | X | |
| Missouri | X | | X | | |
| Montana | X | | X | | |
| Nebraska | X | X | X | | |
| Nevada | X | X | X | | |
| New Hampshire | X | | X | X | |
| New Jersey | X | | | | |
| New Mexico | X | X | X | | X |
| New York | X | | X | | |
| North Carolina | X | X | X | X | |
| North Dakota | X | | X | | |
| Northern Mariana Islands | X | X | X | X | |
| Ohio | X | X | | | X |
| Oklahoma | X | | X | | X |
| Oregon | X | X | X | | |
| Pennsylvania | X | X | | | X |
| Rhode Island | X | | X | X | |
| South Carolina | X | | X | | |
| South Dakota | X | X | | | |
| Tennessee | X | | X | X | |
| Texas | X | | | | |
| Utah | X | X | X | | |
| Vermont | X | | X | X | |
| Virginia | X | X | | | |
| Washington | X | | X | | |
| West Virginia | X | X | X | | |
| Wisconsin | X | X | X | | |