UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** November 14, 2007                                **JUDGE:** Phyllis J. Hamilton

**Case No:** M 02-1486  PJH
        C-06-4333  PJH
        C-06-6436  PJH
        C-07-1347  PJH
        C-07-2589  PJH

**Case Name:** In Re: Dynamic Random Access Memory Antitrust Litigation (DRAM)
    State of California, et al. v. Infineon Technologies AG, et al.
    State of New York v. Micron Technologies, et al.
    State of California, et al. v Samsung Electronics, et al.
    State of California, et al. v. Winbond Electronics, et al.

**Attorney(s) for Plaintiff:**    Josef D. Cooper; Daniel J. Mogin; David Boies; Francis Scarpulla; Adam C. Belsky; Joseph M. Patane; Kathleen E. Foote (CA and NY); Emilio E. Varanini; Charles M. Kagay

**Attorney(s) for Defendant:**   Joel Sanders (Micron); Harrison J. Frahn (Elpida); Michael W. Scarborough (Samsung); James L. McGinnis (Samsung); Julian Brew (Infineon); Scott E. Morgan (Mosel) Matthew D. Thurlow (Mosel); Howard M. Ullman (Nanya); Robert Pringle (NEC); Michael F. Tubach (Hynix)

**Deputy Clerk:** Nichole Heuerman                **Court Reporter:** Lydia Zinn

**PROCEEDINGS**

    Plaintiffs' Motion for Preliminary Approval of Class Action Settlements with Samsung and Winbond Defendants (all cases)-DENIED without prejudice as stated on the record.

    Plaintiffs' Motion to Void Certain Defendants' Agreement (re: settlement)(06-4333)-Held. The court informs plaintiffs' counsel that the supplemental opening brief is stricken as stated on the record. The court to review the judgment sharing agreement in camera. The court takes the matter under submission.

**cc:** file