```
 1  EDMUND G. BROWN, JR.
    Attorney General of the State of California
 2  THOMAS GREENE
    Chief Assistant Attorney General
 3  KATHLEEN FOOTE (Cal. S. B. 65819)
    Senior Assistant Attorney General
 4  EMILIO E. VARANINI (Cal. S. B. 163952)
 5  Deputy Attorney General
    455 Golden Gate Avenue, Ste. 11000
 6  San Francisco, CA 94102
    Telephone: (415) 703-5908
 7  Facsimile: (415) 703-5480
 8  Emilio.varanini@doj.ca.gov
 9
    Attorneys for the State of California
10
    JOSEF D. COOPER (Cal. S. B. 53015)
11  TRACY R. KIRKHAM (Cal. S. B. 69913)
    KELLY A. HORNE (Cal. S. B. 242675)
12  COOPER & KIRKHAM, P.C.
13  655 Montgomery Street, 17th Floor
    San Francisco, CA 94111
14  Telephone: (415) 788-3030
15  Facsimile: (415) 882-7040
    jdc@coopkirk.com
16
17  Indirect Plaintiffs' Co-Lead Counsel
18
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *State of California et al v. Infineon Technology, et al.* | Case No. C 06-4333 PJH |
| *State of California et al v. Samsung Electronics Co., Ltd., et al* | Case No. C 07-1347 PJH |
| *State of California, et al. v. Winbond Electronics Co.* | Case No. C 07-2589 PJH |
| | **CERTIFICATE OF SERVICE** |

I, Kelly A. Horne, certify and declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Cooper & Kirkham, P.C., 655 Montgomery Street, 17th Floor, San Francisco, CA 94111, whose members are members of the State Bar of California; am not a party to or interested in the cause entitled upon the document to which this Certificate of Service accompanies; and that on November 28, 2007, I served a true and correct copy of the following document in the manner indicated below:

1. **STIPULATION AND [PROPOSED] ORDER APPOINTING THE HONORABLE CHARLES B. RENFREW AS SPECIAL MASTER**

[X]  By USDC Live System-Document Filing System: on all interested parties registered for e-filing.

Dated: November 28, 2007                    Signed: _____
                                                    Kelly Horne