United States District Court
For the Northern District of California

1
2
3                          UNITED STATES DISTRICT COURT
4                         NORTHERN DISTRICT OF CALIFORNIA
5
6

7  In re DYNAMIC RANDOM ACCESS
   MEMORY (DRAM) ANTITRUST
8  LITIGATION                                    No. M 02-1486 PJH
   _____/
9                                                **ORDER MODIFYING STIPULATION
   This Document Relates To:                     AND ORDER APPOINTING SPECIAL
10                                               MASTER**
   All INDIRECT PURCHASER ACTIONS
11
   State of New York v. Micron et al.
12 (C 06-6436 PJH)
   _____/
13

14 This Document Also Relates To:

15 State of California et al. v. Samsung Elec. et al.,
   (C 07-1347 PJH)
16
   State of California, et al. v. Winbond Elec. Co.,
17 (C 07-2589 PJH)

18 _____/

19        Before the court is the parties' stipulation and proposed order appointing the

20 Honorable Charles B. Renfrew as Special Master for the purpose of assisting the parties in

21 developing a plan of allocation and proposed form of notice in connection with the class

22 action settlements with defendants Samsung and Winbond.

23        The court has approved the parties' proposed stipulation by order dated today.

24 However, the court hereby modifies paragraph 3 of the approved stipulation, to further

25 clarify the Special Master's duties, as follows: in developing a recommended plan of

26 allocation and proposed form of notice, including the consideration and/or addition of any

27 subclasses, the Special Master shall take into account the guidance provided by the

28 Manual for Complex Litigation, Fourth, § 21.23, with the aim of ensuring that ultimate

certification of the class is appropriate.

**IT IS SO ORDERED.**

Dated: November 30, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge